UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JACOB ALLEN, ET AL.,

                           Plaintiffs,

    - against --

CITY OF NEW YORK, ET AL.,

                          Defendants.
------------------------------------------------------------X

1:10-cv-3949-JBW-VVP

STIPULATION AND ORDER OF PARTIAL DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2012 ★
BROOKLYN OFFICE

**WHEREAS,** plaintiffs Jacob Allen and Immanuel Allen commenced this action on August 27, 2010, by filing a complaint against defendants The City of New York, Damon Martin, Scott Just, and John and Jane Does 1-3, alleging, *inter alia*, violations of their civil rights pursuant to 42 USC § 1983 arising out of arrests on October 14, 2009; and

**WHEREAS** plaintiffs have agreed to voluntarily dismiss certain parties and claims from this action;

**IT IS HEREBY STIPULATED AND AGREED THAT,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims, other than (1) the § 1983 claims for false arrest/imprisonment on behalf of Jacob and Immanuel Allen against Damon Martin and Scott Just, and (2) the § 1983 claims for illegal entry on behalf of Jacob and Immanuel Allen against Damon Martin and Scott Just, and (3) the state law claims for false arrest/imprisonment on

behalf of Jacob and Immanuel Allen against the Damon Martin, Scott Just and the City, of New York are hereby dismissed with prejudice, and without costs, expenses and attorneys' fees to either party.

Dated: New York, New York
July 12, 2012

REIBMAN & WEINER
*Attorney for Plaintiffs*
26 Court Street, Suite 1808
Brooklyn, NY 11242

By: _____
Michael Lumer

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
THE CITY OF NEW YORK, DAMON MARTIN and SCOTT JUST
100 Church Street, 3-146
New York, New York 10007
(212) 788-9391
bmyrvold@law.nyc.gov

By: _____
Barry Myrvold

SO ORDERED:

_____
Hon. Jack B. Weinstein, U.S.D.J.

7/13/12

- 2 -